EDWARD H. KUBO, JR.         2499
United States Attorney
District of Hawaii

FLORENCE T NAKAKUNI         2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff United
States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00232 DAE |
| ) | -01,-02,-03 |
| Plaintiff, ) | |
| ) | INFORMATION (21 U.S.C. 846, |
| VS. ) | 841(a)(1), 841(b)(1)(A) |
| ) | |
| DANIEL REY TILETILE,    (01)) | |
| JEROME ALAN YAPCHING,   (02)) | |
| ERIC ESTRADA BALLESTEROS, (03)) | |
| ) | |
| Defendants. ) | |

**INFORMATION**

The United States Attorney charges that:

During the period January 2005 up through and including on or about April 7, 2005 in the District of Hawaii and elsewhere, defendants:

**DANIEL REY TILETILE,**
**JEROME ALAN YAPCHING,** and
**ERIC ESTRADA BALLESTEROS,**

knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, ___JUNE 6___, 2005.

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Tiletile, et. al., USDC-Hawaii, Information.