EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00232-01 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| DANIEL REY TILETILE, (01), | ) | Date:  February 21, 2006 |
| | ) | Judge:  Hon. J. Michael Seabright |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

        The government has no objections to the proposed pre-

sentence report.

        DATED:  January 10, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Michael K. Kawahara
                           MICHAEL K. KAWAHARA
                           Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed and hand-delivered to the following:

1.  Ms. Pamela O'Leary Tower
    Attorney at Law
    1001 Bishop St., Suite 1330
    Honolulu, HI 96813

    Attorney for Defendant
    Daniel Rey Tiletile

2.  Probation Officer
    300 Ala Moana Blvd.,
    Box 50111, Rm. C-126
    Honolulu, HI  96850

DATED: January 10, 2006, at Honolulu, Hawaii.


                              /s/ Rowena N. Kang