PAMELA O'LEARY TOWER #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant TILETILE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00232 JMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| DANIEL TILETILE, | ) DEFENDANT'S STATEMENT OF NO OBJECTION TO THE DRAFT PRESENTENCE REPORT PREPARED JANUARY 4, 2006, BY USPO NEIL W. TSUKAYAMA; CERTIFICATE OF SERVICE |
| Defendant. | ) |

DEFENDANT'S STATEMENT OF NO OBJECTION TO
THE DRAFT PRESENTENCE REPORT PREPARED JANUARY 4, 2006
BY USPO NEIL W. TSUKAYAMA

COMES NOW Defendant DANIEL TILETILE, by and through his counsel, PAMELA O'LEARY TOWER, and hereby notes that he has no objections to the draft pre-sentence investigation report (hereafter "Draft PSR") prepared January 4, 2006, by United States Probation Officer Neil W. Tsukayama.

DATED: Honolulu, Hawaii, January 9, 2006

PAMELA O'LEARY TOWER
Attorney for Defendant
Daniel Tiletile

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of *Defendant's Statement of No Objection to the Draft Presentence Report* was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on January 9, 2006.

|  | U.S. Mail | Fax | Hand-Delivery |
|---|---|---|---|
| MICHAEL KAWAHARA<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| NEIL W. TSUKAYAMA<br>U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:   Honolulu, Hawaii, January 9, 2006.

PAMELA O'LEARY TOWER
Attorney for Defendant