Pamela O'Leary Tower #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant TILETILE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00232 JMS |
| Plaintiff, | ) | |
| vs. | ) | |
| DANIEL TILETILE, | ) | |
| Defendant. | ) | STIPULATION TO PERMIT DEFENDANT TO TRAVEL and ORDER |

STIPULATION TO PERMIT DEFENDANT TO TRAVEL

It is hereby stipulated to by and between the parties that Defendant Daniel Tiletile shall be permitted to travel with his girlfriend, Reyna Jew, to Disneyland, Anaheim, California, from April 25, 2006, to April 28, 2006, and will stay at the

Disneyland Hotel, 1150 Magic Way, Anaheim, CA 92802. From April 28, 2006, to April 30, 2006, Defendant will be in Universal City where he will stay at the Hilton Los Angeles/Universal City Hotel, 555 Universal Hollywood Drive, Universal City, CA 91608. Defendant will return to his residence by midnight, April 30, 2006. Defendant is to provide his itinerary to pretrial services prior to departure.

DATED: Honolulu, Hawaii, March 16, 2006.

NO OBJECTION

_____
Julie Wall
Pre-trial Services

_____
Pamela O'Leary Tower
Attorney for Defendant TILETILE

_____
Michael Kawahara
Assistant United States Attorney
Attorney for Plaintiff

APPROVED:

_____
United States Magistrate Judge

_____
United States of America v. Daniel Tiletile; Cr. No. 05-00232 JMS; Stipulation to Permit Defendant to Travel