Pamela O'Leary Tower #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant TILETILE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00232 JMS |
| Plaintiff, | |
| vs. | |
| DANIEL TILETILE, | |
| Defendant. | STIPULATION TO PERMIT DEFENDANT TO TRAVEL and ORDER |

STIPULATION TO PERMIT DEFENDANT TO TRAVEL

It is hereby stipulated to by and between the parties that Defendant Daniel Tiletile shall be permitted to travel with his girlfriend, Reyna Jew, and her parents, to Reno, Nevada, from May 13, 2006, to May 14, 2006. Defendant will stay at the

Silver Legacy Resort Casino hotel, 407 N. Virginia Street, Reno, NV 89501.

Defendant will return to his residence by midnight, May 14, 2006. Defendant is to provide his itinerary to pretrial services prior to departure.

DATED: Honolulu, Hawaii, April 20, 2006.


NO OBJECTION

_/s/ Julie Wall_
Julie Wall
Pre-trial Services

_/s/ Pamela O'Leary Tower_
Pamela O'Leary Tower
Attorney for Defendant TILETILE

_/s/ Michael Kawahara_
Michael Kawahara
Assistant United States Attorney
Attorney for Plaintiff

APPROVED:

_/s/ Leslie E. Kobayashi_
United States Magistrate Judge


United States of America v. Daniel Tiletile; Cr. No. 05-00232 JMS; <u>Stipulation to Permit Defendant to Travel</u>