EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0232JMS-01,-02,-03 |
| | ) | |
| Plaintiff, | ) | MOTION FOR REDUCTION OF |
| | ) | DEFENDANTS' SENTENCES FOR |
| vs. | ) | SUBSTANTIAL ASSISTANCE |
| | ) | PURSUANT TO F.R.Cr.P. 35(b) |
| DANIEL REY TILETILE, (01) | ) | |
| JEROME ALAN YAPCHING, (02) | ) | (Non-hearing motion) |
| ERIC ESTRADA BALLESTEROS, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR REDUCTION OF DEFENDANTS'
SENTENCES FOR SUBSTANTIAL ASSISTANCE
PURSUANT TO F.R.CR.P. 35(b)**

The United States of America, by and through its undersigned counsel, hereby makes this motion for reduction of the sentences previously imposed upon defendants Daniel Rey Tiletile, Jerome Alan Yapching, and Eric Estrada Ballesteros pursuant to F.R.Cr.P. 35(b).

Under said Rule, this Court upon motion of the United States may, in its discretion, reduce a defendant's adjudged sentence to reflect his/her subsequent, substantial assistance in the investigation or prosecution of another person who has committed an offense.  All three defendants were previously sentenced by this Court within one year of the filing date of this motion.

This motion is based upon the sealed "Factual Basis in Support of Motion for Reduction of Defendants' Sentences Pursuant to F.R.Cr.P. 35(b)", filed concurrently herein.

DATED:  Honolulu, Hawaii, May 18, 2006.

>                    EDWARD H. KUBO, JR.
>                    United States Attorney
>                    District of Hawaii
>
>
>                    By /s/Michael K. Kawahara
>                       MICHAEL K. KAWAHARA
>                       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Pamela O'Leary Tower   pamelatower@earlink.com   May 18, 2006

  Attorney for Defendant
  Daniel Rey Tiletile

Lane Y. Takahashi   laneytakahashi@hotmail.com   May 18, 2006

  Attorney for Defendant
  Jerome A. Yapching

Joseph R. Motll, III   tizmot@earthlink.com   May 18, 2006

  Attorney for Defendant
  Eric Estrada Ballesteros


                                        /s/ Rowena N. Kang