Pamela O'Leary Tower #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant TILETILE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       vs.                          )<br>                                    )<br> DANIEL TILETILE,                   )<br>                                    )<br>            Defendant.              )<br>_____) | CR. NO. 05-00232 JMS<br><br><br><br><br><br><br>STIPULATION TO PERMIT<br>DEFENDANT TO TRAVEL and<br>ORDER |

STIPULATION TO PERMIT DEFENDANT TO TRAVEL

It is hereby stipulated to by and between the parties that Defendant Daniel

Tiletile shall be permitted to travel with his girlfriend, Reyna Jew, to Monterey,

California, from May 27, 2006, to May 28, 2006, with a side day-trip to Carmel,

California, on May 28, 2006. Defendant will stay at the Ramada Limited, 2058 N. Freemont Street, Monterey, CA 93940. Defendant will return to his residence by midnight, May 28, 2006. Defendant is to provide his itinerary to pretrial services prior to departure.

       DATED:   Honolulu, Hawaii, May 19, 2006.

NO OBJECTION

_____
Julie Wall
Pre-trial Services

_____
Pamela O'Leary Tower
Attorney for Defendant TILETILE

_____
Michael Kawahara
Assistant United States Attorney
Attorney for Plaintiff

APPROVED:

_____
United States Magistrate Judge

---

United States of America v. Daniel Tiletile; Cr. No. 05-00232 JMS; <u>Stipulation to Permit Defendant to Travel</u>