IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00232 JMS (01) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | REDUCTION OF SENTENCE |
| vs. | ) | PURSUANT TO FEDERAL RULE |
| | ) | OF CRIMINAL PROCEDURE  35(b) |
| DANIEL REY TILETILE,    (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

On May 18, 2006, the United States filed a motion and a factual basis

in support of a motion seeking an order from this court reducing the sentence of

defendant Danile Rey Tiletile (defendant) pursuant to Federal Rule of Criminal

Procedure 35(b).

Rule 35(b)(1) provides:

Upon the government's motion made within one year of
sentencing, the court may reduce a sentence if: (A) the
defendant, after sentencing, provided substantial
assistance in investigating or prosecuting another person;
and (B) reducing the sentence accords with the
Sentencing Commission's guidelines and policy
statements.

Defendant was sentenced by this court on February 21, 2006 to 108

months of incarceration.  The government's motion demonstrates that after his

sentencing date, but within one year of that date, defendant provided substantial assistance in the investigation and prosecution of another person.  Based in part on defendant's cooperation, this other individual entered a plea of guilty in federal court.

Based on the representations made by the United States, the court GRANTS the government's motion, and hereby orders that defendant's original sentence of 108 months imprisonment be reduced by 24 months to a new sentence of 84 months imprisonment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 26, 2006.



J. Michael Seabright
United States District Judge

*United States v. Tiletile*, Criminal No. 05-00232 JMS (01); Order Granting Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)