

Pamela O'Leary Tower #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant TILETILE



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL REY TILETILE,<br><br>  Defendant. | CR. NO. 05-00232 JMS<br><br>STIPULATION AND ORDER EXONERATING BOND AND CANCELING AND RELEASING MORTGAGE<br><br>JUDGE: J. MICHAEL SEABRIGHT |

STIPULATION AND ORDER EXONERATING BOND AND
CANCELING AND RELEASING MORTGAGE

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant DANIEL REY TILETILE, through their respective counsel, that Pursuant to Rule 46 (f) of the Federal Rules of Criminal Procedure, a

Judgment in a Criminal Case was filed herein on March 6, 2006, and Defendant DANIEL REY TILETILE having been committed to the custody of the United States Bureau of Prisons for imprisonment and having surrendered himself to Sheridan FDC on June 15, 2006, and all conditions of the bond posted herein having been satisfied, the bond herein-above posted and the security mortgage filed in conjunction therewith on April 19, 2005, and recorded in the County of San Mateo, California, Official Records, on April 18, 2005, at 8:38 a.m. as Document No. 2005-061693 and further described as:

608 Southgate Avenue, Daly City, California, 94015

LOT 29, BLOCK 75, AS DESIGNATED ON THE MAP ENTITLED "WESTLAKE UNIT NO. #6B DALY CITY, SAN MATEO COUNTY, CALIFORNIA" WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON FEBRUARY 11, 1954, IN BOOK 38 OF MAPS AT PAGE 18.

Lot Size:     3,400 SQ
APN:          006-034-040
Page Grid:    686-J4

are hereby exonerated and canceled. The Mortgagors therein are hereby released and the mortgage herein-above referred to is canceled.

DATED: Honolulu, Hawaii, 7/5/06

_____  _____
PAMELA O'LEARY TOWER        MICHAEL KAWAHARA
Attorney for Defendant      Attorney for Plaintiff United States
DANIEL REY TILETILE         of America

NO OBJECTION:

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial Services
Office

APPROVED AND SO ORDERED:

_____
J. MICHAEL SEABRIGHT
JUDGE OF THE ABOVE-ENTITLED COURT

_____
United States of America v. DANIEL REY TILETILE; Cr. No. 05-00232 JMS;
Stipulation and Order Exonerating Bond and Canceling and Releasing Mortgage